**Allen L. EZELL, Plaintiff–Appellant,**

v.

**Dale GLASS, Defendant–Respondent.**

**No. ED 79522.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 23, 2001.

Allen Ezell, Pacific, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John J. Lynch, Asst. Atty. Gen., St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Allen Ezell appeals from the trial court's dismissal of his declaratory judgment petition against Dale Glass, associate superintendent at the Missouri Eastern Correctional Center. Upon review of the record, we find no error of law appears. Moreover, a written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(5). Further, the motion to dismiss appeal is denied as moot.